Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only ✓

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANE CAMPBELL, | Case No. CV 10-9478-JAK (OP) |
| Plaintiff, | JUDGMENT |
| v. | |
| GLEN CAMPBELL, et al., | |
| Defendants., | |

IT IS ADJUDGED that the Complaint is denied and this action is dismissed without prejudice.

DATED: December 8, 2011

HONORABLE JOHN A. KRONSTADT
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge